No. 477. STANLEY POLLUCK *v.* MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY. October 21, 1918. Petition

for a writ of certiorari to the Supreme Court of the State of South Dakota denied. *Mr. Humphrey Barton* for petitioner. *Mr. F. M. Miner* and *Mr. W. H. Bremner* for respondent.